MAGISTRATE JUDGE PAULA L. MCCANDLIS

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IN THE MATTER OF THE SEARCH OF: | NO. MJ20-474 (2) |
|---|---|
| Information associated with Four (4) Target Accounts/Identifiers, for Investigation of 21 U.S.C. § 841 and Other Offenses | NON-DISCLOSURE ORDER **(FILED UNDER SEAL)** |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Verizon Wireless, an electronic communication service provider and/or a remote computing service provider, not to notify any person (including the subscribers and customers of the accounts listed in the warrant) of the existence of the warrant as set forth below.

The Court determines that there is reason to believe that notification of the existence of the warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual.  *See* 18 U.S.C. § 2705(b).  Some of the evidence in this investigation is stored electronically.  If alerted to the existence of the warrant, the subjects under investigation could destroy that evidence, including information saved to their personal computers.

IT IS ORDERED pursuant to 18 U.S.C. § 2705(b) that Verizon Wireless shall not disclose the existence of the warrant, or this Order of the Court, to the listed subscriber or to any other person, **for a period of one year**, except that Verizon Wireless may disclose the warrant to an attorney for Verizon Wireless for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the government's application and this Order are sealed until otherwise ordered by the Court, or until criminal charges are filed in this matter.

IT IS FURTHER ORDERED that, notwithstanding the existence of a sealing order or a non-disclosure order, the United States may produce the warrant and the evidence obtained therefrom in criminal discovery for any defendant who appears in this District.

IT IS SO ORDERED.

DATED this 28th day of July 2020.

PAULA L. MCCANDLIS
United States Magistrate Judge

Presented by:

*/s/ Benjamin T. Diggs*
BENJAMIN T. DIGGS
Assistant United States Attorney