AO 93 (Rev. 11/13) Search and Seizure Warrant (Modified: WAWD 2-12-2020)



## UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of | ) |
| | ) |
| Information associated with Four (4) Target Accounts/Identifiers, for Investigation of 21 U.S.C. § 841 and Other Offenses | ) Case No. MJ20-474 (1) ) ) |

### SEARCH AND SEIZURE WARRANT AND PEN-TRAP ORDER

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the person or property located in the Western District of Washington, described in Attachment A-1. This Court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A) and Federal Rule of Criminal Procedure 41.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described in Attachment A-1, and that such search will reveal the property and evidence described in Attachment B. Because the government has satisfied the requirements of 18 U.S.C. § 3122 and 18 U.S.C. § 2703, this warrant also constitutes a pen-trap order under 18 U.S.C. § 3123 and an order for disclosure of non-content subscriber or customer records under 18 U.S.C. § 2703(c)(1).

Pursuant to 18 U.S.C. §§ 3123(b)(2) and 3124(a)-(b), T-Mobile shall furnish the government all information, facilities, and technical assistance necessary to accomplish the collection of the Location Information identified in Attachment B unobtrusively and with a minimum of interference with T-Mobile's services. The government shall compensate T-Mobile for reasonable expenses incurred in furnishing such facilities or assistance.

**YOU ARE COMMANDED** to execute this warrant on or before August 11, 2020 *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken. Alternatively, notice may be given by serving the wireless provider with a copy of this warrant pursuant to 18 U.S.C. § 2703 and 18 U.S.C. § 3123.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any U.S. Magistrate Judge in the Western District of Washington.

☒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ___ days *(not to exceed 30)*   ☒ until, the facts justifying, the later specific date of December 10, 2020.

Date and time issued: July 28, 2020 at 10:00 a.m.

*Judge's signature*

Paula L. McCandlis, United States Magistrate Judge
*Printed name and title*

City and state: Bellingham, Washington

USAO 2020R00259

AO 93 (Rev. 11/13) Search and Seizure Warrant (Modified: WAWD 2-12-2020)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 7/31/20 10:00a | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

Electronic records

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. 6/16/2022

Date: 6/14/22

*Executing officer's signature*

Ryan C Smith, SA

*Printed name and title*

USAO 2019R00980